BEFORE THE SECOND DIVISION, JANUARY 30, 1941

**No. 45319.**—Protests 563959–G, etc., of J. C. Penney Co. et al. (St. Louis, etc.).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 45320.**—Protests 833902–G, etc., of Hiyama Shoten et al. (Honolulu, etc.).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 45321.**—Protests 824847–G, etc., of Wm. Filene's Sons Co. et al. (Boston, etc.).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 45322.**—Petition 6103–R of Barth-Feinberg, Inc. (New York).

Opinion by TILSON, J. The petition was dismissed.

**No. 45323.**—Protests 995669–G, etc., of John A. Chard et al. (New York).

Opinion by KINCHELOE, J. On the record it was found that the cloth in question is waterproof and properly dutiable as claimed by the plaintiffs.

**No. 45324.**—Protests 789394–G, etc., of C. J. Tower & Sons et al. (Buffalo).

Opinion by KINCHELOE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 45325.**—Protests 717279–G, etc., of Alms & Doepke Co. et al. (Cleveland).

Opinion by KINCHELOE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 45326.**—Protests 650711–G, etc., of H. S. Grattan Co., Inc., et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.